# Third District Court of Appeal
## State of Florida

Opinion filed February 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2053
Lower Tribunal No. F22-14137
_____

**Kim D. Clenney, et al.,**
Appellants,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Luke Newman, P.A., and Luke Newman (Tallahassee), for appellants.

James Uthmeier, Attorney General, and Ivy R. Ginsberg, Senior Assistant Attorney General and Ryan Schelwat, Assistant Attorney General, for appellee.

Before GORDO, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.